IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>JASMINE GUILLORY,<br>        *Defendant*. | Criminal No. 1:25-MJ-176<br><br>Court Date: March 25, 2025 |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*(Simple Assault)*
*(Citation E1863001)*

On or about October 19, 2024, at Fort Belvoir, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, JASMINE GUILLORY, did commit simple assault of Victim-1.

(In violation of Title 18, United States Code, Section 113(a)(5).)

## COUNT TWO
*(Simple Assault)*

On or about October 24, 2024, at Fort Belvoir, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, JASMINE GUILLORY, did commit simple assault of Victim-2.

(In violation of Title 18, United States Code, Section 113(a)(5).)

<u>COUNT THREE</u>
(*Assault by Striking, Beating, or Wounding*)

On or about December 14, 2024, at Fort Belvoir, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, JASMINE GUILLORY, did assault by striking, beating, and wounding Victim-1.

(In violation of Title 18, United States Code, Section 113(a)(4).)

COUNT FOUR
(*Assault by Striking, Beating, or Wounding*)

On or about February 5, 2025, at Fort Belvoir, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, JASMINE GUILLORY, did assault by striking, beating, and wounding Victim-1.

(In violation of Title 18, United States Code, Section 113(a)(4).)

Erik S. Siebert
United States Attorney

By: _____/s/_____
Amanda Williams
Special Assistant United States Attorney (Pentagon)
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Office          (703) 695-0827
Cell             (202) 768-1928
Email           Amanda.R.Williams79.civ@mail.mil

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 17, 2025, I caused a true and accurate copy of the foregoing document, with any indicated attachments, to be served on counsel for the defendant, by emailing the same.


By: _____/s/_____
Amanda Williams
Special Assistant United States Attorney (Pentagon)
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Office          (703) 695-0827
Cell            (202) 768-1928
Email           Amanda.R.Williams79.civ@mail.mil